UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAY 15 2025
ROBERT KIRSCH
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| | : | |
| v. | : | Crim. No. 25-CR-318-1 |
| | : | |
| VITO A. PASCARELLA | : | |
| | : | **WAIVER OF INDICTMENT** |

    I, Vito A. Pascarella, the above-named defendant, who is charged with Willfully Aiding or Assisting in the Preparation of False Tax Returns, in violation of Title 26, United States Code, Section 7206(2), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on 15th of May 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Vito A. Pascarella
Defendant

_____
Anthony Pope, Esq.
Counsel for Defendant

Before: _____
HONORABLE ROBERT KIRSCH
United States District Judge