**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON  **DATE**:  MAY 15, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:  **CIVIL NO. 25-CR-318-1 (RK)**

UNITED STATES OF AMERICA

v.

VITO PASCARELLA

    DEFENDANT PRESENT

**APPEARANCES**:

Emerson Gordon-Marvin, AUSA and Thomas Koelbl, AUSA for the Government

Anthony Pope, Esq., counsel for Defendant

**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE, BAIL HEARING AND PLEA HEARING

Ordered defendant sworn, defendant sworn.

Defendant advised of rights, charges and penalties.

INFORMATION filed.

Waiver of Indictment executed and filed.

PLEA: <u>GUILTY TO COUNT 1 OF INFORMATION</u>.

Terms of plea agreement read into the record.

Rule 11 and Plea Agreement filed.

Ordered bail set at $100,000 unsecured bond with special conditions.

Order Setting Conditions of Release to be filed.

Sentencing set for September 15, 2025 at 10:00 a.m.

Defendant released.

**Time Commenced:**  11:09 a.m.
**Time Adjourned**:  11:46 a.m.
**Total Time**:  37 minutes

s/ *Patricia Markey*
DEPUTY CLERK
