AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-CR-00318-RK |
| Vito A. Pascarella | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                              .

Date:     05/16/2025                                                    /s/ Thomas F. Koelbl
                                                                                           *Attorney's signature*

                                                                        Thomas F. Koelbl NY Bar #4363321
                                                                                   *Printed name and bar number*

                                                                        Department of Justice--Tax Division
                                                                       Northern Criminal Enforcement Section
                                                                                   150 M St. NE, 1st Fl.
                                                                                    Washington, DC 20002
                                                                                              *Address*

                                                                                thomas.f.koelbl@usdoj.gov
                                                                                          *E-mail address*

                                                                                          (202) 514-5891
                                                                                       *Telephone number*

                                                                                          (202) 616-1786
                                                                                           *FAX number*